FILED
CLERK U.S. DISTRICT COURT
JUN - 3 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>Eddie Dyon [signature]<br>    Defendant. | 08-283 ABC<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)   (✓)   the appearance of defendant as required; and/or
    (B)   (✓)   the safety of any person or the community.

//
//

1 |     The court concludes:
2 | A.    ( ) Defendant poses a risk to the safety of other persons or the community
3 |     because defendant has not demonstrated by clear and convincing
4 |     evidence that:
5 |     *See PSR Report*

10 | (B)    ( ) Defendant is a flight risk because defendant has not shown by clear
11 |     and convincing evidence that:
12 |     *See PSR Report*

17 |     IT IS ORDERED that defendant be detained.

19 | DATED: 6/3/09

STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

2